**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CV 95-1650-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Donald Burton Schnell, | ) | |
| Defendant. | ) | |

Upon reading the Amended Petition to Reopen Case heretofore filed in the above cause, and good cause appearing therefore,

IT IS ORDERED that the Plaintiff's Amended Petition to Reopen Case (Doc. 7) is GRANTED.

IT IS FURTHER ORDERED that the above captioned case be reopened so that the Plaintiff may take further legal action to satisfy the judgment entered by this Court on September 25, 1995.

DATED this 19th day of October, 2005.

Paul G. Rosenblatt
United States District Judge