**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV 95-1650-PHX-PGR |
|     Plaintiff, ) | |
| vs. ) | **AMENDED CONSENT JUDGMENT** |
| Donald Burton Schnell, ) | |
|     Defendant. ) | |

Upon reviewing the Motion to Correct a Clerical Error Pursuant to Rule 60(a) (Doc. 9) filed by the Plaintiff in the above action, and good cause appearing therefor,

IT IS ORDERED that the Plaintiff's Motion to Correct a Clerical Error Pursuant to Rule 60(a) (Doc. 9) is GRANTED.

IT IS FURTHER ORDERED that the Consent Judgment is hereby amended to read as follows:

Upon Stipulation for Consent Judgment, the Plaintiff is granted judgment against defendant for $11,977.78 principal, $362.96 interest through March 31, 1995, and $1,240.00 (10% of the total amount of the debt pursuant to 28 U.S.C. § 3011), totaling $13,580.74, plus costs and interest accruing at 8.50% per annum from March 31, 1995, to September 25, 1995, with interest accruing thereafter at 5.52%, compounded annually and accruing costs, on the conditions as set forth in the Stipulation.

1 | DATED this 7th day of November, 2005.

*[signature]*
Paul G. Rosenblatt
United States District Judge

- 2 -